FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ OCT 3 2007 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AHARON WEBER,

                Plaintiff,

JUDGMENT
01-CV-1967 (SLT)

-against-

I.C. SYSTEM, INC.,

                Defendant.
-----------------------------------------------------------------X

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on September 28, 2007, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated March 19, 2007, with modifications; and directing the Clerk of Court to enter judgment in favor of plaintiff in the total amount of $870.00; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted with modifications; and that judgment is hereby entered in favor of plaintiff, Aharon Weber and against defendant, I.C. Systems, Inc., in the total amount of $870.00.

Dated: Brooklyn, New York
       October 02, 2007

                                        s/ RCH
                                        ROBERT C. HEINEMANN
                                        Clerk of Court